**FILED**

**08 C 1790**

**MARCH 27, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE KEYS**

| In the Matter of | Case Number: |
|---|---|
| Siddi and Ben Ahmed v. The Boeing Company et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Gregory Siddi, Jerome Siddi, Frederic Siddi and Ben Ahmed Mhamdi.

**J. N**

| NAME (Type or print) |
|---|
| Donald J. Nolan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Donald J. Nolan |

| FIRM |
|---|
| NOLAN LAW GROUP |

| STREET ADDRESS |
|---|
| 20 N. Clark St., 30th Floor |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2058391 | (312) 630-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |