### *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08CV1790                    Assigned/Issued By: J. N.

Judge Name: LEINENWEBER              Designated Magistrate Judge: KEYS

---

## FEE INFORMATION

**Amount Due:**   ☑ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____          Receipt #: 2648638_____

Date Payment Rec'd: 3-27-08_____          Fiscal Clerk: J. N._____

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____         ☐ Other
         (Type of Writ)                    _____
                                           _____
                                              (Type of issuance)

2____Original and 0_____ copies on 3-28-08_____ as to  ALL DEFENDANTS_____
                                       (Date)

_____

_____