# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GREGORY SIDDI, JEROME SIDDI and FREDERIC SIDDI, individually, and as co-personal representatives, heirs of law, and successors in interest to the estate of ERNEST SIDDI, deceased; and<br><br>BEN AHMED MHAMDI, as personal representative, heir at law, and successor in interest to the estate of FATIMA HJIAJ, deceased,<br><br>      Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, an Illinois Corporation; HONEYWELL INTERNATIONAL, INC., a Delaware corporation,<br><br>      Defendants. | No. 08 CV 1790<br><br>Judge Harry D. Leinenweber |

## LOCAL RULE 3.2 DISCLOSURE STATEMENT OF THE BOEING COMPANY

  Boeing has no parent corporation. No publicly held corporation owns 10% or more of Boeing's stock. State Street Bank & Trust is the trustee for the various Boeing employees' investment plans and beneficially owns more than 10% of Boeing's stock. State Street Bank & Trust is a subsidiary of State Street Corporation, which is a publicly traded corporation.

  DATED: April 22, 2008.

                Respectfully submitted,

                 /s/ Bates McIntyre Larson
                One of the attorneys for
                Defendant The Boeing Company

| | |
|---|---|
| Bruce D. Campbell<br>Allison Kendrick<br>PERKINS COIE LLP<br>1201 Third Avenue<br>Suite 4800<br>Seattle, WA 98101-3099<br>(206) 359-8000 | Bates McIntyre Larson<br>PERKINS COIE LLP<br>131 South Dearborn Street<br>Suite 1700<br>Chicago, IL 60603-5569<br>(312) 324-8400 |

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on April 22, 2008, I caused the foregoing **LOCAL RULE 3.2 DISCLOSURE STATEMENT OF THE BOEING COMPANY** to be served to be served via CM/ECF and via U.S. Mail, deposited before the hour of 5:00 p.m. at 131 S. Dearborn St., Chicago Illinois 60603, on the following parties:

Donald J. Nolan
Paul R. Borth
Nolan Law Group
20 North Clark St. #3000
Chicago, IL 60602
Tel.: (312) 630-4000
Fax: (312) 630-4011

Attorneys for Plaintiffs

M. Andrew Woodmansee
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Tel.: (858) 720-5145
Fax: (858) 720-5125

Attorneys for Defendant Honeywell International Inc.

          /s/ Bates McIntyre Larson
One of the attorneys for Defendant
The Boeing Company