UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY SIDDI, JEROME SIDDI and FREDERIC SIDDI, individually, and as co-personal representatives, heirs of law, and successors in interest to the estate of ERNEST SIDDI, deceased<br><br>BEN AHMED MHAMDI, as personal representative, heir at law, and successor in interest to the estate of FATIMA HJIAJ, deceased,,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Corporation; HONEYWELL INTERNATIONAL, INC., a Corporation,<br><br>Defendants. | No. 08 C 1790<br><br>Judge Harry D. Leinenweber |

## JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendants The Boeing Company ("Boeing") and Honeywell International Inc. ("Honeywell"), by and through their counsel and pursuant to Federal Rule of Civil Procedure 6(b), hereby move for an extension of time to answer or otherwise plead to the Plaintiffs' Complaint. In support of this Motion, Boeing and Honeywell state as follows:

1. On March 27, 2008, Plaintiffs filed their Complaint, which arises out of the crash of Flash Airlines Flight 604 off the coast of Egypt in the Red Sea on January 3, 2004. Boeing was served with the Complaint and Summons on April 3, 2008. Honeywell was served on April 4, 2008.

2. The causes of action alleged in the Complaint are duplicative of claims filed by these same plaintiffs in the Western District of Arkansas and the Central District of California.

The Arkansas and California claims have been dismissed on the ground of forum non conveniens subject to certain conditions.

3. Counsel for Boeing has communicated with counsel for the Plaintiffs on behalf of both defendants, and believe that they are close to reaching an agreement that will result in the stipulated dismissal of this action subject to certain conditions. However, counsel for defendants has been unable to reach counsel for the Plaintiffs to finalize the joint motion for dismissal, or to seek an agreement of counsel to an extension of time to answer pending the dismissal motion.

4. Accordingly, Boeing and Honeywell request a 60-day extension of time to answer the Complaint.

WHEREFORE, Defendants The Boeing Company and Honeywell International Inc. respectfully request that the Court grant this Motion and enter an order granting Boeing and Honeywell an extension of time until June 23, 2008 to answer or otherwise plead to Plaintiffs' Complaint.

DATED: April 22, 2008

| PERKINS COIE LLP | MORRISON & FOERSTER LLP |
|---|---|
| By:  /s/ Bates McIntyre Larson  <br>    William Cahill <br>    Bruce D. Campbell <br>    Bates McIntyre Larson <br>    Attorneys for Defendant The Boeing Co. <br> 131 S. Dearborn Street, Suite 1700 <br> Chicago, IL 60603-5559 <br> Tel.: (312) 324-8400 <br> Fax: (312) 324-9400 | By:  /s/ M. Andrew Woodmansee  <br>    M. Andrew Woodmansee <br>    Attorneys for Defendant <br>    Honeywell International Inc. <br> 12531 High Bluff Drive, Suite 100 <br> San Diego, CA 92130-2040 <br> Tel.: (858) 720-5100 <br> Fax: (858) 720-5125 |

## CERTIFICATE OF SERVICE

      I, Bates McIntyre Larson, certify that on April 22, 2008, I caused the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be served to be served via CM/ECF and via U.S. Mail, deposited before the hour of 5:00 p.m. at 131 S. Dearborn St., Chicago Illinois 60603, on the following parties:

Donald J. Nolan  
Paul R. Borth  
Nolan Law Group  
20 North Clark St. #3000  
Chicago, IL 60602  
Tel.: (312) 630-4000  
Fax: (312) 630-4011  

Attorneys for Plaintiffs

M. Andrew Woodmansee  
Morrison & Foerster, LLP  
12531 High Bluff Drive, Suite 100  
San Diego, CA 92130-2040  
Tel.: (858) 720-5145  
Fax: (858) 720-5125  

Attorneys for Defendant Honeywell International Inc.

                                               /s/ Bates McIntyre Larson  
                                               One of the attorneys for Defendant  
                                               The Boeing Company