UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY SIDDI, JEROME SIDDI and FREDERIC SIDDI, individually, and as co-personal representatives, heirs of law, and successors in interest to the estate of ERNEST SIDDI, deceased<br><br>BEN AHMED MHAMDI, as personal representative, heir at law, and successor in interest to the estate of FATIMA HJIAJ, deceased,,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING COMPANY, a Corporation; HONEYWELL INTERNATIONAL, INC., a Corporation,<br><br>Defendants. | No. 08 C 1790<br><br>Judge Harry D. Leinenweber |

## NOTICE OF MOTION

TO:  All counsel of record
     (see attached service list)

     PLEASE TAKE NOTICE that on <u>May 1, 2008</u>, at <u>9:30 a.m.</u>, we shall appear before the Honorable Harry D. Leinenweber in the courtroom usually occupied by him at Room 1941 of the Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the **Joint Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is served on you concurrently with this notice.

                                                                                 By:  /s/ Bates McIntyre Larson
                                                                                   One of the attorneys for Defendant
                                                                                   The Boeing Company

William Cahill
Bates McIntyre Larson
PERKINS COIE LLP.
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel.: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

I, Bates McIntyre Larson, certify that on April 22, 2008, I caused the foregoing **NOTICE OF MOTION** to be served to be served via CM/ECF and via U.S. Mail, deposited before the hour of 5:00 p.m. at 131 S. Dearborn St., Chicago Illinois 60603, on the following parties:

Donald J. Nolan
Paul R. Borth
Nolan Law Group
20 North Clark St. #3000
Chicago, IL 60602
Tel.: (312) 630-4000
Fax: (312) 630-4011

Attorneys for Plaintiffs

M. Andrew Woodmansee
Morrison & Foerster, LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Tel.: (858) 720-5145
Fax: (858) 720-5125

Attorneys for Defendant Honeywell International Inc.

/s/ Bates McIntyre Larson
One of the attorneys for Defendant
The Boeing Company