## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GREGORY SIDDI, JEROME SIDDI and FREDERIC
SIDDI, individually, and as co-personal representatives,
heirs of law, and successors in interest to the estate of
ERNEST SIDDI, deceased; and

BEN AHMED MHAMDI, as personal representative, heir
at law, and successor in interest to the estate of FATIMA
HJIAJ, deceased,

               Plaintiffs,

    v.

THE BOEING COMPANY, an Illinois Corporation;
HONEYWELL INTERNATIONAL, INC., a Delaware
corporation,

               Defendants.

No. 08 CV 1790

Judge Harry D. Leinenweber

## LOCAL RULE 3.2 DISCLOSURE STATEMENT OF
## HONEYWELL INTERNATIONAL INC.

       Honeywell International Inc. ("Honeywell") has no parent corporation.  No publicly held

corporation owns 10% or more of Honeywell's stock.  State Street Bank & Trust is the trustee

for the various Honeywell employees' investment plans and beneficially owns more than 10% of

Honeywell's stock.  State Street Bank & Trust is a subsidiary of State Street Corporation, which

is a publicly traded corporation.

       DATED:  April 22, 2008

                      Respectfully submitted,

                      /s/ M. Andrew Woodmansee
                      One of the attorneys for
                      Defendant Honeywell International Inc.

                       M. Andrew Woodmansee
                       MORRISON & FOERSTER
                       12531 High Bluff Drive, Suite 100
                       San Diego, CA 92130-2040
                       Tel.:  (858) 720-5100
                       Fax:  (858) 720-5125

## CERTIFICATE OF SERVICE

I, M. Andrew Woodmansee, certify that on April 22, 2008, I caused the foregoing

**LOCAL RULE 3.2 DISCLOSURE STATEMENT OF HONEYWELL INTERNATIONAL**

**INC.** to be served via CM/ECF and via U.S. Mail, deposited before the hour of 5:00 p.m. at

12531 High Bluff Drive, San Diego, CA 92130, on the following parties:

Donald J. Nolan
Paul R. Borth
Nolan Law Group
20 North Clark St. #3000
Chicago, IL 60602
Tel.:  (312) 630-4000
Fax:  (312) 630-4011

Attorneys for Plaintiffs

Bates McIntyre Larson
Perkins Coie, LLP
131 S. Dearborn Street, Suite 1700
Chicago, IL  60603-5559
Tel.:  (312) 324-8400
Fax:  (312) 324-9400

Attorneys for Defendant The Boeing Company

_/s/  M. Andrew Woodmansee_
One of the attorneys for Defendant
Honeywell International Inc.

sd-421648