Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1790 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Gregory Siddi, et al vs. The Boeing Company, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held. The Agreed motion for dismissal is granted. Enter Order granting agreed motion for dismissal without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2).

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP